

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00214-CR

Jose **MOORE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR6257
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to delete the requirement that appellant Jose Moore pay the costs of court-appointed counsel, assessed at $600.00 as reflected in the Bexar County District Clerk's bill of costs. The trial court's judgment is AFFIRMED AS MODIFIED.

The Bexar County District Clerk, Donna Kay McKinney, is ORDERED to delete the $600.00 in attorney's fees from the bill of costs in this case, and to prepare and certify a corrected bill of costs.

SIGNED November 5, 2014.

_____
Luz Elena D. Chapa, Justice